**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-07-0155 |
| | § | |
| MAZEN ABDALLAH | § | |

**O R D E R**

Defendant Mazen Abdallah filed a motion requesting permission to travel and for return of his passport. (Docket Entry No. 605). The government and the probation officer are unopposed. The motion is granted. The probation officer will assist the defendant in retrieving the passport from the State Department. The defendant will provide the probation officer with a travel plan.

SIGNED on June 18, 2012, at Houston, Texas.

Lee H. Rosenthal
United States District Judge